THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ALBERT H. FISH, Appellant.

(Argued October 22, 1935; decided November 26, 1935.)

*James Dempsey, Jr.,* and *Frank J. Mahony* for appellant.

*Walter A. Ferris,* District Attorney (*Elbert T. Gallagher* and *Thomas D. Scoble* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN SMITH, Appellant.

(Argued October 23, 1935; decided November 26, 1935.)

*Philip Gelfand, H. Leonard King* and *Harold Halpern* for appellant.

*Samuel J. Foley,* District Attorney (*Sol. Boneparth, Herman J. Fliederblum, Nicholas M. Delagi* and *Arthur G. Carney* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.